# United States Court of Appeals
# for the Federal Circuit

———————————

November 5, 2018

**ERRATA**

———————————

Appeal No. 2018-1519

**JULIE A. BEBERMAN,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

Decided:  October 12, 2018

———————————

Please make the following change:

On page 4, line 25, change "she would not eligible" to "she would not be eligible."